**AFFIRM; Opinion Filed May 8, 2013.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01355-CR

**ROSE MARY HAWKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-23943-K**

## MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Lewis
Opinion by Justice FitzGerald

Rose Mary Hawkins waived a jury and pleaded guilty to theft of property valued at less than $1,500 and with two prior theft convictions. *See* TEX. PENAL CODE ANN. § 31.03(a), (e)(4)(D) (West 2011). The trial court assessed punishment at 18 months' confinement in state jail and a $1,000 fine. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
121355F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROSE MARY HAWKINS, Appellant

No. 05-12-01355-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 4 of Dallas County, Texas (Tr.Ct.No.
F12-23943-K).
Opinion delivered by Justice FitzGerald,
Justices Murphy and Lewis participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 8, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE